IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-cv-87-BO

| MICHAEL MORRISON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $11,429.00 for attorney fees, representing 25% of Plaintiff's accrued back benefits less the previously paid fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $11,429.00 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 22 day of April, 2014.

Terrence Boyle
United States District Judge